Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Nola Long, individually, and the
Estate of Dominic Long deceased,
(see attached). Plaintiff.

vs

City of San Diego, Officer Travis
Hanby, and DOES 1-20, Defendants.

FILED
2008 AUG -7 PM 12: 57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KWH  DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 00641 JLS WMC

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Frederick W. Gaston
1010 Second Avenue, Suite 1770
San Diego, CA 92101
(619) 398-1882

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
K. HAMMERLY

By _____, Deputy Clerk

AUG - 7 2008

DATE

<u>Attachment</u>

Case No. 08 CV 00641 JLS WMC

Plaintiff's Caption:

Nola Long, individually, and the Estate of Dominic Long deceased, by his parent and successor in interest Nola Long, Plaintiffs,