UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLA LONG, individually, and the ESTATE OF DOMINIC LONG deceased, by his parent and successor in interest Nola Long,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN DIEGO, OFFICER TRAVIS HANBY and DOES 1 – 20,<br><br>　　　　Defendants. | Case No. 08cv641 JLS (WMC)<br><br>DECLARATION OF SERVICE |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents: **DEFENDANT CITY OF SAN DIEGO'S ANSWER TO PLAINTIFFS' COMPLAINT,** in the following manner:

1) __    By personally serving the individual named by personally delivering copies to the Plaintiff addressee noted below.

　　　　Time of delivery: _____ a.m./p.m.

2) __    By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices.

　　　　Gaston & Gaston APLC
　　　　Frederick W. Gaston, Esq.
　　　　1010 Second Avenue, Ste 1770
　　　　San Diego, CA 92101
　　　　(619)398-1882
　　　　(619)398-1887 (fax)

3) XXX    By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties.:

fg@sandiegolegal.us

Executed: August 28, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Carmen Sandoval

1